IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-00364-PSF-MJW

SHERRY A. STONE,

Plaintiff,
v.

ALBERTO GONZALES, Attorney General, United States Department of Justice, Bureau of Prisons,

Defendant.

**MINUTE ORDER**

    It is hereby ORDERED that the Motion to Vacate Settlement Conference, DN 35, filed with the Court on May 29, 2007, is GRANTED.  The Settlement Conference set on June 4, 2007, at 1:30 p.m., is VACATED.  Counsel may reset the settlement conference upon motion.

Date: May 30, 2007