IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-00364-PSF-MJW

SHERRY A. STONE,

Plaintiff,
v.

ALBERTO GONZALES, Attorney General, United States Department of Justice, Bureau of Prisons,

Defendant.

**MINUTE ORDER**

It is hereby ORDERED that the Joint Motion by Plaintiff and Defendants for Entry of Stipulated Protective Order (docket no. 40) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 4 and made an Order of Court.

Date: June 28, 2007