# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-00364-PSF-MJW                FTR

**Date:**  October 16, 2007                Shelley Moore, Deputy Clerk

SHERRY A. STONE,                    Mark S. Bove

        Plaintiff(s),

v.

ALBERTO GONZALES,                   Mark S. Pestal

        Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING RE: MOTION TO COMPEL (DN 44)**

**Court in Session 1:57 p.m.**

Court calls case.  Appearances of counsel.

Mr. Pestal tenders to the Court the character file of Mr. Harriman.

Mr. Bove states that there are two missing pages of an operational manual.

| | |
|---|---|
| 2:02 p.m. | Mr. Bove presents argument on the remainder of the Motion to Compel. |
| 2:05 p.m. | Mr. Pestal presents responsive argument on the remainder of the Motion to Compel. |
| **ORDERED:** | The Plaintiff's Motion to Compel (document 44) is GRANTED IN PART.  The motion is granted to the extent that Defendant's counsel shall provide the two missing pages of the operational manual by October 26, 2007.  The remainder of the motion, concerning the Harriman character file, remains UNDER ADVISEMENT. |

Mr. Pestal states that he inadvertently filed the motion for summary judgement one day late.

Defendant makes Oral Motion for a Belated One Day Extension of Time to File the Motion for Summary Judgment.

Plaintiff makes objections.

**ORDERED:**   Defendant's Oral Motion for a One Day Extension of Time to File the Motion for Summary Judgment is GRANTED.  The motion for summary judgment (document 48) shall be deemed filed timely.

Counsel place on the record their stipulation regarding the copying of the file of Plaintiff's psychologist.

**ORDERED:**   The parties' stipulation regarding the copying of the file of Plaintiff's psychologist is approved and made an order of the Court.  Plaintiff shall provide to Defendant, at Defendant's expense, those copies by October 26, 2007.

**Court in recess 2:15 p.m.**
Total In-Court Time 0:18, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.