IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00364-PSF-MJW

SHERRY A. STONE,

    Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General,
U.S. Department of Justice, Bureau of Prisons,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendant's Motion to Strike Supplemental Affidavit Submission (Dkt. # 62) is DENIED. Defendant may file a supplemental reply brief in support of its motion for summary judgment no later than <u>Friday, January 4, 2008</u>. Requests for further briefing on the motion will be denied.

DATED: December 13, 2007